The application is denied. It does not appear that the result reached by the Court of Appeal is incorrect.

SUMMERS, J., recused.

236 So.2d 496

Barry W. TEWIS

v.

ZURICH INSURANCE COMPANY.

No. 50584.

June 26, 1970.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.

McCALEB, J., is of the opinion that the application should be granted.